IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADVANCED AERODYNAMICS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | CIVIL ACTION NO. 6:22-cv-00199-ADA |
| ADVANCED AERODYNAMICS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 6:22-cv-00228-ADA |
| ADVANCED AERODYNAMICS, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 6:22-cv-00230-ADA |

**JOINT MOTION FOR ENTRY OF AN AGREED PROTECTIVE ORDER**

Plaintiff Advanced Aerodynamics, LLC ("Plaintiff") and Defendants Target Corporation, Amazon.com, Inc., and Walmart, Inc. (collectively "Defendants") jointly file this motion for entry of an Agreed Protective Order based on the agreement reached between parties. Plaintiff and Defendants jointly request that the Court enter the attached Proposed Protective Order, attached as **Exhibit A**.

Dated: December 15, 2022

By: */s/ Jonathan L. Hardt*

Jonathan L. Hardt (TX 24039906)*
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite C
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

C. Matthew Rozier (CO 46854)**
**ROZIER HARDT MCDONOUGH PLLC**
2590 Walnut Street, Suite 10
Denver, Colorado 80205
Telephone: (720) 820-3006
Email: matt@rhmtrial.com

James F. McDonough, III (GA 117088)*
Jonathan R. Miller (GA 507179)*
Travis E. Lynch (GA 162373)*
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505, -9517, -9514
Email: jim@rhmtrial.com
Email: miller@rhmtrial.com
Email: lynch@rhmtrial.com

*Attorneys for Plaintiff ADVANCED AERODYNAMICS, LLC*

*Admitted to the Western District of Texas
** Admitted *Pro Hac Vice* (00228: AMAZON.COM, INC.)

Respectfully submitted,

*/s/ Carrie A. Bader* #

Eric A. Buresh *
Megan Redmond *
Carrie A. Bader *
**ERISE IP, P.A.**
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
Email: eric.buresh@eriseip.com
Email: megan.redmond@eriseip.com
Email: carrie.bader@eriseip.com

*Attorneys for Defendants*
 *00199: TARGET CORPORATION*
 *00228: AMAZON.COM, INC.*
 *00230: WALMART, INC.*

# e-signed with express permission

## CERTIFICATE OF SERVICE

    I certify that on December 15, 2022, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record *via* email.

By: */s/ Jonathan L. Hardt*
Jonathan L. Hardt
